IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL CIVIL TRIAL COURT NO. 9 OF BUENOS AIRES, ARGENTINA; MATTER OF GRISPI, MARCELA KARINA V. SCHVARTZ, ADRIAN PABLO, ET AL., ON NULLITY _____/ | No. C 12-80215 JSW MISC<br><br>**AMENDED ORDER OF REFERRAL** |

On September 6, 2012, Attorneys for the United States filed an application for order under 28 U.S.C. § 1782. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the application to Magistrate Judge Joseph C. Spero for resolution.

**IT IS SO ORDERED.**

Dated: September 14, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE